FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 13 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:12-CR-197-GMN-(GWF) |
| FAVIOLA GONZALEZ, ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE AS TO
DEFENDANT FAVIOLA GONZALEZ**

On September 4, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant FAVIOLA GONZALEZ to the United States of America. Criminal Indictment, ECF No. 1; Minutes of Change of Plea Proceedings, ECF No. 19; Plea Memorandum, ECF No. 20; Preliminary Order of Forfeiture, ECF No. 21.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant FAVIOLA GONZALEZ.

DATED this 13 day of DECEMBER, 2012.

_____
UNITED STATES DISTRICT JUDGE